1  GEORGE S. ARATA, SBN: 068631
   ARATA, SWINGLE, SODHI & VAN EGMOND
2  A Professional Corporation
   912 11th Street, First Floor (95354)
3  P.O. Box 3287
   Modesto, CA 95353
4  Telephone:    (209) 522-2211
   Facsimile:    (209) 522-2980
5  garata@arata-law.com

6  Attorneys for Plaintiff BRUCE PORTER

7

8                  THE UNITED STATE DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11  BRUCE PORTER,                          Case No.:  2:13-cv-02574-JAM-EFB

12             Plaintiff,                   **JOINT STIPULATION AND ORDER TO
                                            EXTEND DEADLINE TO FILE JOINT
13  vs.                                     STATUS REPORT**

14  ARAI HELMET LIMITED, ARAI HELMET
    AMERICAS INC. and ARAI HELMET,
15  INC., DOES 1 through 50, inclusive, and
    Doe Corporations 1 through 20, inclusive,
16
               Defendants.
17  _____/

18        Plaintiff, BRUCE PORTER, and Defendants ARAI HELMET AMERICAS INC., and

19  ARAI HELMET, INC., hereby submit this joint stipulation to extend the deadline to file the

20  Joint Status Report pursuant to Fed. R. Civ. P. 26(f).

21        WHEREAS, Defendants Arai Helmet, Inc. filed a 12(b)(6) Motion to Dismiss the

22  Complaint on April 10, 2014.  Plaintiffs filed a First Amended Complaint on April 30, 2014.

23  Plaintiffs served the defendants with a copy of the First Amended Complaint on May 5,

24  2014.

25        Of import is the fact that counsel that has represented Plaintiff until this point, Armand

26  George Skol, has recently retired due to health issues and is no longer handling this matter.

27

28

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT
Case No.:  2:13-cv-02574-JAM-EFB

1   Plaintiff and Defendants counsel hereby agree to a two (2) week extension from the date of

2   entry of this order to file their Joint Status Report pursuant to the Court's Order.

3        IT IS HEREBY STIPULATED AND AGREED that the Joint Status Report filing

4   deadline be modified as follows:

5        The deadline to file the Joint Status Report will be two (2) weeks and/or fourteen (14)

6   days from the date of the entry of this Order.

7

8   Dated:  May 14, 2014.              Respectfully submitted,

9                                     ARATA, SWINGLE, SODHI & VAN EGMOND
                                      A Professional Law Corporation
10

11
                                      By /s/ George S. Arata____
12                                       GEORGE S. ARATA
                                         Attorneys for Plaintiff
13                                       BRUCE PORTER

14
    Dated:  May 14, 2014              HERUM\CRABTREE\SUNTAG
15                                    A California Professional Corporation

16

17                                    By /s/ Dana A. Suntag____
                                      DANA A. SUNTAG
18                                    Attorney for Defendants
                                      ARAI HELMET AMERICAS, INC.
19                                    ARAI HELMET, INC.

20

21                                    ORDER

22        Good cause appearing, the Court grants the parties, stipulation.  The Court's Joint

23   Status Report shall be modified to the extent agreed by the parties in this stipulation.

24        IT IS SO ORDERED:

25   Dated: May 14, 2015
                                      /s/ JOHN A. MENDEZ_____
26                                    UNITED STATES DISTRICT JUDGE

27

28

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT
Case No.:  2:13-cv-02574-JAM-EFB