**FILED**

JUL 2 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

George S. Arata, Esq., SBN 068631
ARATA, SWINGLE, SODHI & VAN EGMOND
A Professional Corporation
912 11th Street, First Floor (95354)
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile:  (209) 522-2980

Attorneys for Plaintiff BRUCE PORTER

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### (SACRAMENTO DISVISION)

| | |
|---|---|
| BRUCE PORTER, | Case No.: 2:13-cv-02574-JAM-EFB |
| Plaintiff, | (Proposed) ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD |
| ARAI HELMET LIMITED, ARAI HELMET AMERICAS INC., and ARAI HELMET, INC., DOES 1 through 50, inclusive and Doe Corporations 1 through 20, inclusive | United States District Judge John A. Mendez<br>Date       : July 9, 2014<br>Time       : 9:30 a.m.<br>Courtroom  : 6 |
| Defendants. | |

Having read and considered the Motion to Withdraw as Attorney of Record for plaintiff, Bruce Porter and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion is granted.

DATED: July 22, 2014

_____
Honorable John A. Mendez
District Judge, U.S. District Court

-1-
(Proposed) Order Granting Motion to Withdraw as Attorney of Record