1  HERUM\CRABTREE\SUNTAG
   A California Professional Corporation
2  DANA A. SUNTAG (State Bar No. 125127)
   5757 Pacific Avenue, Suite 222
3  Stockton, California 95207
   Telephone:  (209) 472-7700
4  Facsimile:  (209) 472-7986
   dsuntag@herumcrabtree.com
5
   Attorneys for Defendants
6  ARAI HELMET AMERICAS, INC. and
   ARAI HELMET, INC.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  BRUCE PORTER,                    )  **Case No:  2:13-CV-02574-JAM-EFB**
                                     )
12          Plaintiff,                )
                                     )  **STIPULATION AND ORDER FOR**
13      v.                           )  **DISMISSAL WITH PREJUDICE, EACH**
                                     )  **PARTY TO BEAR ITS OWN COSTS AND**
14  ARAI HELMET LIMITED, et al.,     )  **FEES**
                                     )
15          Defendants.              )
                                     )  **[no hearing required]**
16                                   )
                                     )
17                                   )
                                     )
18  ─────────────────────────────────)

**STIPULATION AND ORDER FOR DISMISSAL**

1  IT IS STIPULATED AND AGREED, by each party who has appeared: Plaintiff Bruce Porter and Defendants Arai Helmet Americas, Inc., and Arai Helmet, Inc., through their counsel of record, that this entire lawsuit be dismissed as to all Defendants with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees, including without limitation attorneys' fees.

Dated: November 14, 2014          HERUM\CRABTREE\SUNTAG
                                  A California Professional Corporation


                                  By: /s/ Dana A. Suntag
                                      DANA A. SUNTAG
                                      Attorneys for Defendants ARAI
                                      HELMET AMERICAS, INC. and
                                      ARAI HELMET, INC.

Dated: November 14, 2014          LAW OFFICE OF LEO F. DONAHUE


                                  By: /s/ Leo F. Donahue
                                      LEO F. DONAHUE
                                      Attorneys for Plaintiff

**O R D E R**

It is so ordered.

Dated:   11/14/2014

                                  /s/ John A. Mendez
                                  UNITED STATES DISTRICT COURT JUDGE